An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

RUSSELL,
Appellant,
vs.
CHRISTINE PAPPAS,
Respondent.

No. 65880

**FILED**

AUG 01 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Appellant seeks to challenge a district court order denying his request to amend a district court order granting him in forma pauperis status. As no statute or court rule authorizes an appeal from the challenged order, it is not substantively appealable. *See* NRAP 3A(b) (listing orders and judgments from which an appeal may be taken); *see also Taylor Constr. Co. v. Hilton Hotels Corp.*, 100 Nev. 207, 209, 678 P.2d 1152, 1153 (1984). Accordingly, we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

cc:  Hon. David A. Hardy, District Judge
Russell
Demetras & O'Neill
Washoe District Court Clerk

14-25269